FILED
CLERK, U.S. DISTRICT COURT

MAY - 2 2016

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR 13-208-DMG |
| Plaintiff, | ) ORDER OF DETENTION AFTER<br>) HEARING (Fed.R.Crim.P. 32.1(a)(6) |
| v. | ) Allegations of Violations of Probation/<br>) Supervised Release Conditions) |
| EDGAR AVALOS GONZALEZ | ) |
| Defendant. | ) |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A)  (✓)  the appearance of defendant as required; and/or

(B)  (✓)  the safety of any person or the community.

//

//

The court concludes:

A. (✓) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that: he will comply with conditions. Also, defendant may have on going substance abuse + mental health issues.

(B) (✓) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that: he will comply w/conditions. Also, defendant lacks bail resources, employment, stable residence.

IT IS ORDERED that defendant be detained.

DATED: 5/2/14

SUZANNE H. SEGAL
UNITED STATES MAGISTRATE JUDGE

2